**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dickinson Norman ADIONSER, a/k/a D.C. Black, Defendant–Appellant.**

No. 16–6357

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2016

Decided: September 9, 2016

Dickinson Norman Adionser, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dickinson Norman Adionser seeks to appeal the district court's orders advising Adionser that he must, within 30 days, choose between deleting his successive habeas claims from his Rule 60(b) motion or having his entire motion treated as a suc-

cessive habeas motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Adionser seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED